NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**APPLE INC.,**
*Appellant*

**v.**

**COREPHOTONICS, LTD.,**
*Appellee*

———————————

2022-1324

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00877.

———————————

**JUDGMENT**

———————————

JAMES ANGLIN FLYNN, Orrick, Herrington & Sutcliffe LLP, Boston, MA, argued for appellant.  Also represented by MARK S. DAVIES, Washington, DC.

MARC A. FENSTER, Russ August & Kabat, Los Angeles, CA, argued for appellee.  Also represented by NEIL RUBIN, JAMES S. TSUEI.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (STOLL, LINN, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 14, 2023          /s/ Jarrett B. Perlow
   Date               Jarrett B. Perlow
                       Clerk of Court